**BILL JOHNSON'S RESTAURANTS, INC., Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

**No. CA 80-7266.**

United States Court of Appeals, Ninth Circuit.

Aug. 25, 1983.

Lawrence Allen Katz, Streich, Lang, Weeks & Cardon, Phoenix, Ariz., for petitioner.

Candace Carroll, Atty., NLRB, Washington, D.C., argued, for respondent; W. Christian Schumann, Atty., Washington, D.C., on briefs.

Before GOODWIN and CANBY, Circuit Judges and BYRNE,[*] District Judge.

ORDER

In accordance with the decision of the Supreme Court of the United States in this case, —— U.S. ——, 103 S.Ct. 2161, 76 L.Ed.2d 277 (1983), this matter is remanded

[*] The Honorable Wm. Matthew Byrne, United States District Judge for the Central District of California, sitting by designation.

to the National Labor Relations Board for further proceedings in conformity with the opinion of the Supreme Court.